**STATE of Missouri, Respondent,**

v.

**Richard A. WHITE, Appellant.**

No. WD 51009.

Missouri Court of Appeals,
Western District.

Aug. 13, 1996.

Jarrett A. Johnson, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ULRICH, C.J., P.J., and SPINDEN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Richard White appeals from his conviction and sentence as a prior and persistent offender for stealing property with a value of $150 or more, section 570.030 RSMo 1994, after a jury trial. He asserts that the trial court erred in not declaring a mistrial because of a statement made by the prosecutor during closing argument. No precedential purpose exists in publishing a written opinion. The conviction is affirmed by summary order. Rule 30.25(b).